IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**JESSE R. SALAZAR**,<br><br>Defendant | NO. 5: 06-PO-11-02 (CWH)<br><br>**VIOLATION: ASSAULT** |

## ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** (Tab #7) filed herein by counsel for the United States, and for cause shown, said motion is GRANTED. This proceeding against defendant JESSE R. SALAZAR is DISMISSED *without prejudice*.

SO ORDERED AND DIRECTED, this 6th day of DECEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE